STATE of Missouri, Respondent,

v.

Densel SIPES, Appellant.

No. WD 45703.

Missouri Court of Appeals,
Western District.

Dec. 1, 1992.

Ellen H. Flottman, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM.

The defendant appeals his convictions of sodomy (§ 566.060 RSMo 1986) and sexual abuse in the first degree (§ 566.100 RSMo 1986).

The judgments are affirmed. Rule 30.-25(b).